# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

United States of America )
v. )
)
KENNETH DORIAN BROWN, JR. )  Case No: 3:22-cr-00260
) USM No: 22562-510
Date of Original Judgment: 07/18/2023 )
Date of Previous Amended Judgment: _____ ) Molly Rose Green
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  37  months **is reduced to**  30 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/18/2023  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/31/2024

*Eli Richardson*
*Judge's signature*

Effective Date: 02/01/2024       Eli Richardson, U.S. District Judge
*(if different from order date)*       *Printed name and title*